**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 APR 19  PM 2:21

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ERIC HORNE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CV 312-023 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence six of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for the consideration of new evidence in accordance with the Court's opinion.

SO ORDERED this 19th day of April, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE