ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ERIC HORNE, | |
| Plaintiff, | |
| v. | CV 312-023 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

## ORDER APPROVING AND ADOPTING DECISION OF ADMINISTRATIVE LAW JUDGE

Plaintiff Eric Horne has requested this Court to approve and adopt as its own the decision of the Administrative Law Judge dated November 14, 2014. This Court previously considered Plaintiff's application for Supplemental Security Income ("SSI") under the Social Security Act and remanded his application to the Commissioner for consideration of new evidence under Sentence Six of 42 U.S.C. § 405(g). There being no opposition from Defendant to the request of Plaintiff, this Court hereby approves and adopts the November 14, 2014, decision of the Administrative Law Judge issued on Plaintiff's application under the Social Security Act.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE